# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

DANIELL BRUBAKER,

    Plaintiff,

v.

BELFOR USA GROUP, dba BELFOR PROPERTY RESTORATION, AND DOES I-X,

    Defendants.

Case No.:    3:18-cv-00315-RGJ-WGC

## ORDER

Plaintiff filed a Motion for Order Authorizing Subpoena Under 42 U.S.C. § 551(c)(2)(B) on October 29, 2018 (ECF No. 13). No timely response was filed. This Court granted Plaintiff's Motion on November 15, 2018. Accordingly,

IT IS HEREBY ORDERED that

1. Plaintiff may serve Spectrum Charter Communications ("Charter") with a Rule 45 subpoena commanding Charter to provide Plaintiff with all records related to IP 66.215.129.110 from May, 2017, -July, 2017, including the true name and location of the person/business assigned IP 66.215.129.110.

2. Counsel for Plaintiff shall provide a copy of this Order to each subpoena recipient.

3. Charter shall comply with 47 U.S.C. § 551(c)(2)(B), by sending a copy of this

Order to the person/business assigned to IP 66.215.129.110 within five (5) days of receiving this Order, and Charter shall produce the documents within fifteen (15) days of receiving this Order, unless an objection is filed by the person/business assigned IP 66.215.129.110 within those fifteen (15) days.

4. Any information disclosed to Plaintiff in response to the Rule 45 subpoena may be used by Plaintiff solely for the purpose of protecting Plaintiff's rights as set forth in the Complaint.

IT IS SO ORDERED.

Dated this 20th day of November, 2018.

_____
William G. Cobb
United States Magistrate Judge