**CLAYTON P. BRUST, ESQ. – NSB #5234**
cbrust@rssblaw.com
**Robison, Sharp, Sullivan & Brust**
A Professional Corporation
71 Washington Street
Reno, Nevada 89503
Telephone: (775) 329-3151
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIELL BRUBAKER,<br><br>    Plaintiff,<br><br>v.<br><br>BELFOR USA GROUP, dba BELFOR PROPERTY RESTORATION, AND DOES I-X,<br><br>    Defendants. | Case No.:    3:18-cv-00315-RCJ-WGC |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Daniell Brubaker ("Plaintiff") and Defendant Belfor USA Group, dba Belfor Property Restoration ("Defendant"), through their respective counsel of record, that Plaintiff's claims against Defendant in the above matter be dismissed with prejudice and respectfully request that an order dismissing the entire action with prejudice be entered. Each party shall bear its own fees and costs.

Dated this 12th day of February, 2019.                Dated this 12th day of February, 2019.

   /s/Clayton P. Brust                                              /s/Michelle D. Alarie, Esq.
Clayton P. Brust, Esq.                                       Michelle D. Alarie, Esq.
Robison, Sharp, Sullivan & Brust                    Armstrong Teasdale, LLP
71 Washington Street                                       3770 Howard Hughes Pkwy, Ste. 200
Reno, NV 89503                                                Las Vegas, NV 89169

*Attorneys for Plaintiff*                                        *Attorneys for Defendant*

## **ORDER**

Upon stipulation of the parties, this action shall be dismissed with prejudice. Each party shall bear its own fees and costs in this litigation.

IT IS SO ORDERED.

Dated this 14th day of February, 2019.

_____
United States District Judge

J:\WPData\CPB\5511.001 Brubaker v. Belfor\P-Stipulation and Order for Dismissal with prejudice.docx

Robison, Sharp, Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151